

June 3, 2025        Experienced people. Exceptional service.

EXHIBIT
10

Richard J. Larkin
P.O. Box 577
Lincoln, ME 04457-0577

Re:   **NOTICE OF DEFAULT AND DEMAND FOR PAYMENT**
      Note/Loan ▇▇▇▇3417
      AMOUNT PAST DUE: $3,935.70

    Please be advised that the loan identified above is in default and breach of the terms of the documents governing the same. Under the foregoing circumstances Machias Savings Bank is entitled to exercise its right to declare the entire unpaid balance of this obligation immediately due and payable. Please accept this letter as the advice that all past due installments according to the loan documents related to such loan, and aggregating the AMOUNT PAST DUE as of the date of this letter, must be tendered to the Bank in immediately available funds within twenty (20) calendar days of this date. If the AMOUNT PAST DUE is not tendered within that time frame the Bank will take immediate steps to commence appropriate legal action in order to enforce its contractual rights and remedies. Those remedies may include the liquidation of any property pledged as collateral for the loan, and will likely involve litigation. You may receive no further demand from the Bank.

    Acceptance by the Bank of any partial payment(s) after the date of this demand shall not constitute a waiver of this demand nor of any right or remedy to which the Bank is entitled under its loan documents.

    Under the terms of the promissory note and related loan documents, you are responsible for all attorneys' fees and costs incurred by the Bank in pursuing its remedies.

Sincerely,

*[signature]*

Joseph S. Tuell
SVP, Asset Management
Machias Savings Bank



## Machias Savings Bank

June 3, 2025        Experienced people. Exceptional service.

Richard J. Larkin                          **GRANTOR**
P.O. Box 577                               Nancy B. Larkin
Lincoln, ME 04457-0577                     P.O. Box 577
                                           Lincoln, ME 04457

Re:   **NOTICE OF DEFAULT AND DEMAND FOR PAYMENT**
      Note/Loan #▮▮▮▮▮▮3417
      AMOUNT PAST DUE: $3,935.70

Please be advised that the loan identified above is in default and breach of the terms of the documents governing the same. Under the foregoing circumstances Machias Savings Bank is entitled to exercise its right to declare the entire unpaid balance of this obligation immediately due and payable. Please accept this letter as the advice that all past due installments according to the loan documents related to such loan, and aggregating the AMOUNT PAST DUE as of the date of this letter, must be tendered to the Bank in immediately available funds within twenty (20) calendar days of this date. If the AMOUNT PAST DUE is not tendered within that time frame the Bank will take immediate steps to commence appropriate legal action in order to enforce its contractual rights and remedies. Those remedies may include the liquidation of any property pledged as collateral for the loan, and will likely involve litigation. You may receive no further demand from the Bank.

Acceptance by the Bank of any partial payment(s) after the date of this demand shall not constitute a waiver of this demand nor of any right or remedy to which the Bank is entitled under its loan documents.

Under the terms of the promissory note and related loan documents, you are responsible for all attorneys' fees and costs incurred by the Bank in pursuing its remedies.

Sincerely,

*[signature]*

Joseph S. Tuell
SVP, Asset Management
Machias Savings Bank