UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

MACHIAS SAVINGS BANK          )
                             )
                             )
        v.                   )          1:25-cv-00455
                             )
                             )
RICHARD J. LARKIN, et al     )

**ORDER OF RECUSAL**

In accordance with the provisions of 28 U.S.C. § 455, I hereby recuse

myself from presiding over the proceedings in this matter.

SO ORDERED.


/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE


Dated this 3rd day of October, 2025.