UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MACHIAS SAVINS BANK.,<br><br>        Plaintiff,<br><br>v.<br><br>RICHARD J. LARKIN and NANCY B. LARKIN<br><br>        Defendants. | Case No. 2:25-cv-00455 |

## DISCLOSURE STATEMENT OF RICHARD AND NANCY LARKIN

NOW COME Defendants, Richard J. Larkin and Nancy B. Larkin (the "**Larkins**"), pursuant to Fed. R. Civ. P. 7.1(a)(2) and Local Rule 7.1(a)(2), by and through undersigned counsel, and advises the Court as follows:

The Larkins are both citizens of the State of Florida.

DATED: October 14, 2025

/s/ D. Sam Anderson
D. Sam Anderson, Esq.
BERNSTEIN SHUR
100 Middle Street, P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200
sanderson@bernsteinshur.com

Attorneys for Defendants Richard J. Larkin and Nancy B. Larkin.